PHILLIP A. TALBERT
United States Attorney
ERIC CHANG
ROBIN TUBESING
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHOON FOO YONG,<br><br>　　　　　　　　　Debtor.<br><br>NATIONWIDE FINANCIAL,<br><br>　　　　　　　　　Garnishee. | CASE NO. 2:24MC00163 KJM AC<br><br>**STIPULATION RE: WRIT OF CONTINUING GARNISHMENT; [PROPOSED] FINAL GARNISHMENT ORDER** |

　　　The United States of America and debtor Choon Foo Yong and debtor's spouse, Doris Oilin Yong (collectively, the Parties) hereby stipulate to the final resolution of this continuing garnishment action as follows:

**RECITALS**

　　　1.　　On April 15, 2024, the United States filed an Application for Writ of Continuing Garnishment of property located at garnishee Nationwide Financial, in which Choon Foo Yong has an interest. ECF No. 1.

2. The Yongs acknowledge and understand that the Federal Debt Collection Procedures Act ("FDCPA") affords them certain rights in a garnishment action. They waive these rights, including service of the writ of garnishment pursuant to 28 U.S.C. § 3205(c)(3); notice of and the right to claim exemptions and request a hearing as provided in 28 U.S.C. §§ 3202 and 3205(c)(5); and to any other process to which they may be entitled under the FDCPA.

3. The United States seeks to garnish $1,095,635.55 to satisfy Choon Foo Yong's outstanding restitution balance. *Id.* This amount includes a judgment amount of $996,032.55, plus a statutorily authorized litigation surcharge of $99,603.00 pursuant to 28 U.S.C. § 3001(a). *Id.*

4. On March 24, 2024, the United States filed a separate Application for Writ of Continuing Garnishment of property located at garnishee Citibank, N.A., in which Choon Foo Yong has an interest. *United States v. Yong*, Case No. 2:24-MC-00131-KJM-AC, ECF No. 1. The Parties have reached an agreement to resolve that garnishment action whereby the garnishee, Citibank, N.A., will turn over $29,474.65 to the Clerk of the Court, to be applied towards Choon Foo Yong's restitution debt, leaving an outstanding restitution balance of $966.557.90 due.

5. Garnishee has not yet filed an answer to this action, but it has informed the United States that Choon Foo Yong and his spouse have accounts administered by the garnishee with an approximate balance of $1,400,000.00.

6. The Parties have agreed to resolve this garnishment action as set forth below.

## **STIPULATION**

The Parties hereby stipulate and agree as follows:

A. The Parties consent to entry of an order approving this Stipulation by a United States Magistrate Judge;

B. That garnishee, Nationwide Financial, should be ordered to turn over $966,557.90 within 14 days of approval of this stipulation;

C. In exchange for the full payment of restitution through the two garnishment actions, the United States agrees to waive the litigation surcharge of $99,603.00 sought by this garnishment action;

D. That upon verification of receipt of the funds by the clerk of the court, the United

States will immediately move to terminate the writ and release all remaining funds held pursuant to this writ.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: _____    By: _____
ERIC CHANG
Assistant United States Attorney

Dated: _____    By: _____
CHOON FOO YONG
Debtor

Dated: _____    By: _____
DORIS OILIN YONG
Debtor's Spouse

Dated: _____    By: _____
THOMAS A. JOHNSON
Counsel for Choon Foo Yong

## FINAL GARNISHMENT ORDER

The Court, having reviewed its files and the Parties' Stipulation re Garnishment (the Stipulation), and good cause appearing therefrom,

IT IS HEREBY ORDERED that:

    A.    The Stipulation is APPROVED and the parties' request for a final garnishment order is GRANTED;

    B.    Garnishee Nationwide Financial is ordered to turn over $966,557.90 within 14

1 | days of approval of this stipulation. Payment shall be made in the form of a check, money order, or
2 | company draft, made payable to the "Clerk of the Court," and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:22CR00053 KJM) shall be stated on the payment instrument;

  C. Upon verification of receipt of the funds by the clerk of the court, the United States will immediately move to terminate the writ and release all remaining funds held pursuant to this writ;

  D. Each party shall bear their own costs; and

  E. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

 IT IS SO ORDERED.

Dated: April 30, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE